LEWIS BRISBOIS BISGAARD & SMITH LLP
PETER DIXON              (SBN 039063)
dixon@lbbslaw.com
MICHAEL K. JOHNSON       (SBN 130193)
johnsonm@lbbslaw.com
NIELMA BASSIG HOCK       (SBN 211949)
bassighock@lbbslaw.com
One Sansome St., Suite 1400
San Francisco, CA 94104
Tel:   415.362.2580
Fax:   415.434.0882

Attorneys for Defendant G&K Services, Inc.

**SIDEMAN & BANCROFT, LLP**
ROBERT R. CROSS         (SBN 56814)
rcross@sideman.com
One Embarcadero Center, 8th Floor
San Francisco, California 94111
Tel:   415.392.1960
Fax:   415.392.0827

Attorneys for Defendant National Services Industries, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THOMAS W. REDMON, doing business as ST. HELENA A&W RESTAURANT; and SEAN WILSON d/b/a OK TIRE, individually and on behalf of all other similarly situated, ,<br><br>Plaintiffs,<br><br>v.<br><br>G&K SERVICES, INC, et. al., ,<br><br>Defendants. | CASE NO. 3:06-cv-03001-MMC<br><br>**JOINT STIPULATION TO EXTEND TIME IN WHICH DEFENDANTS MAY RESPOND TO PLAINTIFF'S MOTION TO REMAND**; ORDER VACATING JULY 14, 2006 HEARING ON MOTION TO REMAND<br><br>Removal Filed:   May 3, 2006<br>Trial Date:   None Set |

Pursuant to Local Rules 6-1 and 6-2, the parties hereby file this Joint Stipulation to Extend Time in Which Defendants May Respond to Plaintiff's Motion to Remand. For the reasons set forth below, the parties respectfully request that the time in which Defendants may respond to Plaintiff's Motion to Remand be extended until 20 days after any decision by the Circuit Court of Barbour County, Alabama that either refuses to approve the anticipated settlement described below

1  or refuses to certify the nationwide settlement class to be requested in the anticipated settlement
2  described below.

3  Currently pending in the Circuit Court of Barbour County, Alabama, Clayton Division is a
4  civil action styled <u>Child's Vault, et al. v. Unifirst Corporation, et al., Circuit Court of Barbour</u>
5  <u>County, Alabama, Civil Action No. CV 2005 019</u>.  The plaintiffs in the <u>Child's Vault</u> action assert
6  claims against several businesses that allegedly sell uniform and linen cleaning services throughout
7  the United States, including G&K and National, for breach of contract, fraud, suppression, deceit,
8  unjust enrichment, and money paid by mistake.  Like the Plaintiff in this case, the plaintiffs in the
9  <u>Child's Vault</u> action allege that G&K and National have charged their customers certain fees that
10 are alleged to be fraudulent.  As in this case, the fees at issue in the <u>Child's Vault</u> action are fees
11 allegedly misrepresented to G&K's and National's customers as being related to the environment.
12 The plaintiffs in the <u>Child's Vault</u> action seek certification of a nationwide class, monetary
13 damages, and injunctive relief.

14 For some time, G&K, National, counsel for Plaintiffs in this action and counsel for
15 Plaintiffs in the <u>Child's Vault</u> action have been engaged in negotiations for a settlement that will
16 finally resolve this action, the <u>Child's Vault</u> action, and other similar actions that have been
17 brought against National, G&K, and other businesses that allegedly sell uniform and linen cleaning
18 services throughout the United States.  As of this date, all parties have agreed, in principle, to the
19 terms of a nationwide class settlement, and the parties are currently drafting and revising papers
20 that will effectuate the settlement.  The parties anticipate presenting the settlement to the Circuit
21 Court of Barbour County, Alabama for preliminary approval within the next 60 days.  If the
22 anticipated settlement is finally approved by the Circuit Court of Barbour County, Alabama, this
23 case will be resolved and dismissed with prejudice.

24 In light of the anticipated settlement, the parties have agreed to extend the time in which
25 Defendants may respond to Plaintiff's Motion to Remand.  The parties respectfully request that the
26 time in which Defendants may respond to Plaintiff's Motion to Remand be extended until 20 days
27 after any decision by the Circuit Court of Barbour County, Alabama that either refuses to approve
28 the anticipated settlement described below or refuses to certify the nationwide settlement class to

be requested in the anticipated settlement described below.  If the anticipated settlement is finally approved by the Circuit Court of Barbour County, the parties anticipate that no response to Plaintiff's Motion to Remand will be necessary.

Pursuant to Local Rule 6-2(a), the parties hereby state that there have been no previous time modification in this case, that no scheduling order is currently in place in this case, and that that no hearing on Plaintiff's Motion to Remand has yet been set by the Court.

Respectfully submitted this 19th day of June, 2006.

DATED: June 19, 2006             LEWIS BRISBOIS BISGAARD & SMITH LLP

By _____
Peter Dixon
Nielma Bassig Hock
Attorneys for Defendant
G&K Services, Inc.

DATED: June ___, 2006            SIDEMAN & BANCROFT, LLP

By _____
Robert R. Cross
Steve Hammond
Attorneys for Defendant
National Services Industries, Inc.

DATED: June ___, 2006

By _____

Attorney for Plaintiff
Thomas W. Redmon

1 be requested in the anticipated settlement described below. If the anticipated settlement is finally
2 approved by the Circuit Court of Barbour County, the parties anticipate that no response to
3 Plaintiff's Motion to Remand will be necessary.

4     Pursuant to Local Rule 6-2(a), the parties hereby state that there have been no previous
5 time modification in this case, that no scheduling order is currently in place in this case, and that
6 that no hearing on Plaintiff's Motion to Remand has yet been set by the Court.

7     Respectfully submitted this 19th day of June, 2006.

9 DATED: June ___, 2006      LEWIS BRISBOIS BISGAARD & SMITH LLP

12 By _____
    Peter Dixon
    Nielma Bassig Hock
13     Attorneys for Defendant
    G&K Services, Inc.

15 DATED: June 19, 2006      SIDEMAN & BANCROFT, LLP

17 By _____
    Robert R. Cross
18     Steve Hammond
    Attorneys for Defendant
19     National Services Industries, Inc.

21 DATED: June ___, 2006

23 By _____

25     Attorney for Plaintiff
    Thomas W. Redmon

LEWIS BRISBOIS BISGAARD & SMITH LLP
ONE SANSOME STREET, SUITE 1400
SAN FRANCISCO, CALIFORNIA 94104
TELEPHONE (415) 362-2580

4848-6777-1649.1      -3-
JOINT STIPULATION TO EXTEND TIME IN WHICH DEFENDANTS MAY RESPOND TO PLAINTIFF'S MOTION TO REMAND

be requested in the anticipated settlement described below. If the anticipated settlement is finally approved by the Circuit Court of Barbour County, the parties anticipate that no response to Plaintiff's Motion to Remand will be necessary.

Pursuant to Local Rule 6-2(a), the parties hereby state that there have been no previous time modification in this case, that no scheduling order is currently in place in this case, and that that no hearing on Plaintiff's Motion to Remand has yet been set by the Court.

Respectfully submitted this 19th day of June, 2006.

DATED: June ___, 2006      LEWIS BRISBOIS BISGAARD & SMITH LLP


By _____
   Peter Dixon
   Nielma Bassig Hock
   Attorneys for Defendant
   G&K Services, Inc.

DATED: June ___, 2006      SIDEMAN & BANCROFT, LLP


By _____
   Robert R. Cross
   Steve Hammond
   Attorneys for Defendant
   National Services Industries, Inc.

DATED: June 19, 2006

By _/s/ Lawrence Papale_____
   LAWRENCE PAPALE
   Attorney for Plaintiff
   Thomas W. Redmon

IT IS SO ORDERED, and the July 14, 2006 hearing on the motion to remand is hereby VACATED.

Dated: June 21, 2006

_/s/ Maxine M. Chesney_____
MAXINE M. CHESNEY
United States District Judge

4848-6777-1649.1                    -3-
JOINT STIPULATION TO EXTEND TIME IN WHICH DEFENDANTS MAY RESPOND TO PLAINTIFF'S MOTION TO REMAND