IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS W. REDMON et al., | No. C-06-3001 MMC |
| Plaintiffs, | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | |
| G&K SERVICES, INC. et al., | |
| Defendants. | |

On June 21, 2006, the Court filed a stipulation and order in the above-titled action extending the deadline for defendants to respond to, and vacating the hearing on, plaintiff's then-pending motion to remand, in light of the anticipated settlement of a nationwide class action in the Circuit Court of Barbour County, Alabama ("Alabama action") that assertedly encompasses the allegations of the instant action. The parties informed the Court therein that all parties in the Alabama action had agreed in principle to the terms of a nationwide class settlement, and that they anticipated presenting the settlement to the Alabama court by late August 2006.

Under such circumstances, there is no current need for a case management conference in the instant action. Accordingly, the August 11, 2006 case management conference in the instant action is hereby continued to February 16, 2007 at 10:30 a.m. The parties shall file a joint case management statement no later than February 9, 2007.

1 | The parties shall notify this Court in writing within 10 days of any ruling by the Alabama
2 | court on the anticipated nationwide class action settlement.

3 | **IT IS SO ORDERED.**

4 | Dated: August 7, 2006

*[Signature]*
MAXINE M. CHESNEY
United States District Judge