1  C. Brooks Cutter (State Bar No. 121407)
   Email: bcutter@kcrlegal.com
2  **KERSHAW CUTTER & RATINOFF LLP**
   980 9th Street, Suite 1900
3  Sacramento, California 95814
   Telephone: (916) 448-9800
4  Facsimile: (916) 669-4499

5  Lawrence G. Papale (State Bar No. 67068)
   Email: lgpapale@papalelaw.com
6  **LAW OFFICES OF LAWRENCE G. PAPALE**
   The Cornerstone Building
7  1308 Main Street, Suite 117
   St. Helena, California  94574
8  Telephone: (707) 963-1704
   Facsimile: (707) 963-0706
9

10 [Additional Counsel Listed on Signature Page]
   Attorneys for *Plaintiff*
11

*IT IS SO ORDERED*
*Maxine M. Chesney*
Judge Maxine M. Chesney

12                UNITED STATES DISTRICT COURT
13
                 NORTHERN DISTRICT OF CALIFORNIA
14

| | |
|---|---|
| THOMAS W. REDMON, doing business as ST. HELENA A&W RESTAURANT, and SEAN WILSON, doing business as OK TIRE, individually and on behalf of all others similarly situated,<br><br>            Plaintiffs,<br><br>       v.<br><br>G&K SERVICES, INC. and NATIONAL SERVICES INDUSTRIES, INC., doing business as NATIONAL LINEN SERVICE,<br><br>            Defendants. | Case No.  3:06-cv-3001-MMC<br><br>**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)**<br><br>Courtroom: 7<br>Hon. Maxine M. Chesney |

-1-

NOTICE OF FED.R.CIV.P. 41(A) VOLUNTARY DISMISSAL

**TO ALL CLERK OF THE COURT, THE COURT, AND ALL PARTIES AND THEIR ATTORNEYS' OF RECORD:**

Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiffs Thomas W. Redmon d/b/a St. Helena A&W Restaurant and Sean Wilson d/b/a OK Tire ("Plaintiffs") file this Notice of Dismissal, and state as follows:

1. On or about April 3, 2006, Plaintiffs filed a Third Amended Complaint in the Superior Court for the State of California, County of Napa., Case No. 26-17325.

2. Defendants G&K Services, Inc. and National Linen Service ("Defendants) filed a Notice of Removal to this Court on May 3, 2006.

3. On June 2, 2006, Plaintiffs filed a Notice of Motion and Motion to Remand ("Remand Motion").

4. On June 21, 2006, the Court entered a Stipulation and Order, vacating hearing on the Remand Motion, in light of pending approval of a nationwide settlement in an action pending in the Circuit Court of Barbour County ("Alabama Action"), covering the claims asserted in this action and in related actions throughout the country ("National Settlement").

5. On September 5, 2006, the Court in the Alabama Action entered an order preliminarily approving the National Settlement.

6. Following hearing on Plaintiffs' Motion for Final Approval of Class Action Settlement on December 8, 2006, the Court in the Alabama Action entered an order granting final approval to the Nationwide Settlement on January 23, 2007. A copy of the final approval order is attached hereto as Exhibit A.

///
///
///
///
///

7. Defendants have not answered the complaint in this action or moved for summary judgment. Therefore, in light of the entry of an order granting final approval of the Nationwide Settlement, and pursuant to Federal Rule 41(a), this action is dismissed with prejudice in its entirety.

Dated: February 9, 2007.                    **KERSHAW, CUTTER & RATINOFF LLP**


By _____/s/_____
         C. BROOKS CUTTER

980 9th Street, 19th Floor
Sacramento, California 95814
Telephone: (916) 448-9800
Facsimile: (916) 669-4499

Lawrence G. Papale
**LAW OFFICES OF LAWRENCE G. PAPALE**
The Cornerstone Building
1308 Main Street, Suite 117
St. Helena, California 94574

Charles A. McCallum, III
R. Brent Irby
**MCCALLUM HOAGLUND COOK & IRBY**
2062 Columbiana Road
Vestavia Hills, Alabama 35216

Barbara J. Hart
**LABATON SUCHAROW & RUDOFF LLP**
100 Park Avenue
New York, New York 10017

Attorneys for *Plaintiffs*